**Order entered May 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01053-CR

**PHILLIP MERLE PITTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F11-12902-L**

## ORDER

The Court **REINSTATES** the appeal.

On March 24, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On May 1, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the March 24, 2014 order requiring findings.

We **GRANT** the May 1, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
         JUSTICE